UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: SCOTT S. WEISS § Case No. 09 B 00350
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---:|
| *The Final Report shows receipts of* | $13,433.36 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance of* | $13,433.36 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*



Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee* Allan J. DeMars | $2,093.34 | $8.80 |
| *Attorney for trustee* | $2,316.25 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| *Charges,* U.S. Bankruptcy Court | | |
| *Fees,* United States Trustee | | |
| *Other* | | |

UST Form 101-7-NFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* _____ | _____ | _____ |
| *Attorney for* _____ | _____ | _____ |
| *Accountant for* _____ | _____ | _____ |
| *Appraiser for* _____ | _____ | _____ |
| Other _____ | _____ | _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | NONE | _____ | _____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (4/1/2009)

Timely claims of general (unsecured) creditors totaling $48,406.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $1,041.75 | $194.01 |
| 2 | Advanta Bank Corp. | $7,140.39 | $1,329.79 |
| 3 | Chase Bank USA NA | $480.28 | $89.44 |
| 4 | Chase Bank USA NA | $2,754.34 | $512.95 |
| 5 | Discover Bank | $15,240.03 | $2,838.22 |
| 6 | F.I.A. Card Services as successor to Bank of Amer. and MBNA America | $4,016.45 | $748.00 |
| 7 | First National Bank of Omaha | $2,770.69 | $516.00 |
| 8 | American Express Centurion Bank | $3,478.83 | $647.88 |
| 9 | Chase Bank USA NA | $11,483.82 | $2,138.68 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | NONE | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | NONE | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Dirksen Federal Building
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at __10:00a.m.__ on __07/07/2009__ in Courtroom __644__, United States Courthouse, Dirksen Federal Building
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/02/2009       By: Allan J. DeMars
                           Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Address:*
100 W. Monroe - Suite 910
Chicago, IL 60603
(312) 726-3377

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen              Page 1 of 1          Date Rcvd: Jun 03, 2009
Case: 09-00350                Form ID: pdf006           Total Served: 22

The following entities were served by first class mail on Jun 05, 2009.
db           +Scott S. Weiss,    1813 Carlisle Court,    Schaumburg, IL 60194-2204
aty          +Jason H Rock,    Barrick Switzer Law Office,    6833 Stalter Drive,    First Floor,
               Rockford, IL 61108-2579
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13598900      Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13025670      Advanta Bank Corp.,    P.O. Box 8088,    Philadelphia, PA 19101-8088
13025671      American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
13892683      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13025672      Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
13025673      Chase,    P.O. Box 9001871,    Louisville, KY 40290-1871
13636185      Chase Bank USA NA,    PO BOX 15145,    Wilmington, De 19850-5145
13025674      Citi Mortgage, Inc.,    P.O. Box 183040,    Columbus, OH 43218-3040
13025675      Citicards,    P.O. Box 688902,    Des Moines, IA 50368-8902
13025676     +Comcast,    4450 Kishwaukee Street,    Rockford, IL 61109-2944
13827679      FIA CARD SERVICES NA as successor to BANK,    OF AMERICA NA & MBNA America Bank BY,
               AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,    Oklahoma City, OK  73124-8809
13025678      First National Bank,    P.O. Box 3331,    Omaha, NE 68103-0331
13883777     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
13025679      Indy Mac Federal Bank,    P.O. Box 78826,    Phoenix, AZ 85062-8826
13025680      Juniper,    Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13596694      PYOD LLC its successors as assignee of,    Citibank Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13025681      Village of Schaumburg,    Schaumburg, IL 60194

The following entities were served by electronic transmission on Jun 04, 2009.
13025677      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2009 02:52:04     DISCOVER CARD,
               P.O. BOX 30395,    Salt Lake City, UT 84130-0395
13646469      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2009 02:52:04
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13929486*     Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2009**          **Signature:** *Joseph Speetjens*