In re:  SCOTT S. WEISS                          §       Case No.  09-00350
                                                §
                                                §
                                                §
         Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS                    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $197,525.81 | Assets Exempt: | $21,650.00 |
| Total Distributions to Claimants: | $9,017.14 | Claims Discharged Without Payment: | $41,386.59 |
| Total Expenses of Administration: | $4,418.39 | | |

3) Total gross receipts of $13,435.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,435.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $208,368.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,418.39 | $4,418.39 | $4,418.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $50,876.57 | $48,406.58 | $48,406.58 | $9,017.14 |
| **TOTAL DISBURSEMENTS** | $259,244.57 | $52,824.97 | $52,824.97 | $13,435.53 |

4) This case was originally filed under chapter __7__ on __01/08/2009__ [ *if applicable*, and it was converted to chapter 7 on _____ ]. The case was pending for __8__ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __09/21/2009__        By: __/s/ ALLAN J. DeMARS__
                                                    Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Bank return of preference | 1241-000 | $11,483.82 |
| American Express return of preference | 1241-000 | $1,948.29 |
| interest on invested funds | 1270-000 | $3.42 |
| **TOTAL GROSS RECEIPTS** | | **$13,435.53** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citi Mortgage | | $41,168.00 | $0.00 | $0.00 | $0.00 |
| Indy Mac Federal Bank | | $167,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$208,368.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $2,093.34 | $2,093.34 | $2,093.34 |
| Allan J. DeMars | 2200-000 | N/A | $8.80 | $8.80 | $8.80 |
| Allan J. DeMars | 3110-000 | N/A | $2,316.25 | $2,316.25 | $2,316.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $4,418.39 | $4,418.39 | $4,418.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | | | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advanta Bank Corp | 7100-900 | $7,282.92 | $7,140.39 | $0.00 | $1,330.11 |
| American Express | 7100-900 | $1,295.15 | $3,478.83 | $3,478.83 | $648.03 |
| Bank of America (FIA Card Services as successor) | 7100-900 | $3,903.72 | $4,016.45 | $4,016.45 | $748.18 |
| Chase | 7100-900 | $15,059.81 | $11,483.82 | $11,483.82 | $2,139.20 |
| Chase | 7100-900 | $448.39 | $480.28 | $480.28 | $89.46 |
| Chase | 7100-900 | $2,716.11 | $2,754.34 | $2,754.34 | $513.08 |
| Citicard (PYOD LLC as successor to Citibank) | 7100-900 | $571.02 | $1,041.75 | $1,041.75 | $194.06 |
| Comcast | 7100-000 | $229.54 | $0.00 | $0.00 | $0.00 |
| Discover Card | 7100-900 | $14,824.97 | $15,240.03 | $15,240.03 | $2,838.90 |
| First National Bank of Omaha | 7100-900 | $2,777.33 | $2,770.69 | $2,770.69 | $516.12 |
| Juniper | 7100-900 | $1,724.09 | $0.00 | $0.00 | $0.00 |
| Village of Schaumburg | 7100-000 | $43.52 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $50,876.57 | $48,406.58 | $48,406.58 | $9,017.14 |

UST Form 101-7-TDR (4/1/2009)

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 09-00350  
Case Name: SCOTT S. WEISS  
For Period Ending: 12/31/09  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 1/8/09 (F)  
§341(a) Meeting Date: 2/11/09  
Claims Bar Date: 5/19/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash on hand | 100.00 | 0.00 | DA | | FA |
| 2 | checking account | 325.81 | 0.00 | DA | | FA |
| 3 | household goods | 2,500.00 | 0.00 | DA | | FA |
| 4 | guitars and amplifier | 1,000.00 | 0.00 | DA | | FA |
| 5 | wearing apparel | 250.00 | 0.00 | DA | | FA |
| 6 | fitness equipment | 250.00 | 0.00 | DA | | FA |
| 7 | 2000 MR2 Spider | 5,000.00 | 0.00 | DA | | FA |
| 8 | preference actions(u) | 13,432.11 | 13,432.11 | | 13,432.11 | |
| 9 | interest on invested funds | | 3.42 | | 3.42 | |

TOTALS (Excluding unknown values)                 13,435.53                          13,435.53

(Total Dollar Amount in Column 6)

Major activities affecting case closing: Recovery of preferences

Initial Projected Date of Final Report (TFR): May, 2009        Current Projected Date of Final Report (TFR): 5/26/09

# EXHIBIT "9" – FORM 2
## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 09-00350  
Case Name: SCOTT S. WEISS  
Taxpayer ID#: 26-6823354  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 555 3032  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 3/23/09 | Ref 8 | Chase Bank | return of preference | 1241-000 | 11,483.82 | | 11,483.82 |
| 3/31/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 0.22 | | 11,484.04 |
| 4/9/09 | Ref 8 | American Express | return of preference | 1241-000 | 1,948.29 | | 13,432.33 |
| 4/30/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 1.03 | | 13,433.36 |
| 5/31/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 1.14 | | 13,434.50 |
| 6/30/09 | Ref 9 | Bank of America | interest on invested funds | 1270-000 | 1.03 | | 13,435.53 |
| 7/7/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,093.34 | 11,342.19 |
| 7/7/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 8.80 | 11,333.39 |
| 7/7/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,316.25 | 9,017.14 |
| 7/7/09 | Check 1004 | PYOD LLC assignee of Citibank | 726(a)(2); 18.62792% | 7100-900 | | 194.06 | 8,823.08 |
| 7/7/09 | Check 1005 | Advanta Bank Corp. | 726(a)(2); 18.62792% | 7100-900 | | 1,330.11 | 7,492.97 |
| 7/7/09 | Check 1006 | Chase Bank USA NA | 726(a)(2); 18.62792% | 7100-900 | | 89.46 | 7,403.51 |
| 7/7/09 | Check 1007 | Chase Bank USA NA | 726(a)(2); 18.62792% | 7100-900 | | 513.08 | 6,890.43 |
| 7/7/09 | Check 1008 | Discover Bank | 726(a)(2); 18.62792% | 7100-900 | | 2,838.90 | 4,051.53 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 7/7/09 | Check 1009 | FIA Card Services as successor to Bank of Amer and MBNA | 726(a)(2); 18.62792% | 7100-900 | | 748.18 | 3,303.35 |
| 7/7/09 | Check 1010 | First Natl Bank of Omaha | 726(a)(2); 18.62792% | 7100-900 | | 516.12 | 2,787.23 |
| 7/7/09 | Check 1011 | American Express Centurion Bank | 726(a)(2); 18.62792% | 7100-900 | | 648.03 | 2,139.20 |
| 7/7/09 | Check 1012 | Chase Bank USA NA | 726(a)(2); 18.62792% | 7100-900 | | 2,139.20 | 0.00 |

```
                                    COLUMN TOTALS    13,435.53    13,435.53         0.00
                            L e s s :    B a n k    t r a n s f e r s / C D
                            Subtotal
                            Less: Payments to debtor(s)
                            Net                       13,435.53    13,435.53         0.00

                                                                    NET
TOTAL – ALL ACCOUNTS                    NET  DEPOSITS           DISBURSEMENTS     BALANCES
Checking#
Money Market # 375 555 3032             13,435.53               13,435.53             0.00
Savings #
CD #CDI
Net                                     13,435.53               13,453.53             0.00
                                        Excludes account        Excludes payments  Total Funds
                                           transfers              to debtor         on Hand
```